UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Gavin Michael List,<br>Plaintiff,<br>-vs-<br><br><br>Commissioner of Social Security<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:25-CV-01996<br>JUDGE JOHN R. ADAMS<br><br><u>MEMORANDUM OF OPINION</u><br><u>AND ORDER</u> |

The Social Security Administration denied Plaintiff's application for child disability benefits ("CDB") and supplemental security income ("SSI"). Plaintiff sought judicial review of the Commissioner's decision, and this Court referred the case to the Magistrate Judge for preparation of a report and recommendation pursuant to 28 U.S.C. 636 and Local Rule 72.2(b)(1). The Magistrate Judge submitted a report and recommendation recommending that the Court VACATE and REMAND the Commissioner's decision. Doc. 13.

Fed. R. Civ. P. 72(b) provides that the parties may object to a report and recommendation within 14 days after service. The Commissioner responded that it would not file objections to the R&R. Thus, any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984); *Howard v. Sec'y of Health and Human Servs.*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the report and recommendation of the Magistrate Judge is hereby adopted. The Commissioner's final decision is VACATED and REMANDED.

IT IS SO ORDERED.

Dated: <u>August 17, 2026</u>

*/s/ John R. Adams*________________
UNITED STATES DISTRICT JUDGE